```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 17-04821-RNO
Corey Rogers                                                             Chapter 13
Christina Lee Rogers
          Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman             Page 1 of 2             Date Rcvd: Jan 18, 2018
                              Form ID: ntcnfhrg           Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db/jdb         +Corey Rogers,    Christina Lee Rogers,    134 Barley Circle,    Hanover, PA 17331-8686
4994782        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     P.O. Box 15019,    Wilmington, DE 19886-5019)
4994785         Best Buy Credit Services,    P.O. Box 78009,    Phoenix, AZ 85062-8009
4994792        +CBNA,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
4994786        +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
4994787         Capital One Bank (USA) N.A.,     P.O. Box 71083,    Charlotte, NC 28272-1083
4994789         Capital One, N.A.,    P.O. Box 71087,    Charlotte, NC 28272-1087
4994790         Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
4994791         Cardmember Services,    P.O. Box 1423,    Charlotte, NC 28201-1423
4994793         Chase,   Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
4994794         Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
4994795         Comenity Bank - New York & Co,     P.O. Box 659728,    San Antonio, TX 78265-9728
4994796         Commenity Bank - Bon Ton,    P.O. Box 659813,    San Antonio, TX 78265-9113
4994797         Credit Card Payment Processing,     P.O. Box 62014,    Baltimore, MD 21264-2014
4994798         Discover,    P.O. Box  742655,    Cincinnati, OH 45274-2655
4994799         First Bankcard,    P.O. Box 2557,    Omaha, NE 68103-2557
5000086        +First National Bank of Omaha,     1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4994800         Home Depot Credit Services,     P.O. Box 9001010,    Louisville, KY 40290-1010
5006191        +M&T BANK,    P.O. BOX 1508,    BUFFALO, NY 14240-1508
4994804         Macy's,    P.O. Box 9001094,    Louisville, KY 40290-1094
4994803        +Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
4994809         PNC Mortgage,    P.O. Box 6534,    Carol Stream, IL 60197-6534
4994807         PayPal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
4994808         Plus Security FCU,    P.O. Box 75601,    Baltimore, MD 21275-5601
4994812         Sears Credit Cards,    P.O. Box 9001055,    Louisville, KY 40290-1055
4994813         Security Plus FCU,    P.O. Box 64595,    Baltimore, MD 21264-4595
5003202        +State Employees Credit Unon,     PO Box 2070,   Glen Burnie, MD 21060-2070
4994818         THD/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4994817         Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
4994819        +The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4994820         Visa,   P.O. Box 31279,    Tampa, FL 33631-3279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Jan 18 2018 19:08:35      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY  14221
4994781        +E-mail/Text: dcrum@adamscounty.us Jan 18 2018 19:09:04      Adams County Tax Claim Bureau,
                 117 Baltimore Street,    Room 202,   Gettysburg, PA 17325-2313
4994784         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:08      Belk/Synchrony Bank,
                 P.O. Box 530940,    Atlanta, GA 30353-0940
4999617         E-mail/Text: mrdiscen@discover.com Jan 18 2018 19:08:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
4994801         E-mail/Text: bnckohlsnotices@becket-lee.com Jan 18 2018 19:08:27      Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
4994802         E-mail/Text: camanagement@mtb.com Jan 18 2018 19:08:35      M&T Bank,    ATTN: Cbd Team,
                 P.O. Box 900,    Millsboro, DE 19966-0900
5002568        +E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 18 2018 19:09:05      Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
4994805         E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 18 2018 19:09:05      Navy Federal Credit Union,
                 P.O. Box 3500,    Merrifield, VA 22119-3500
4994806         E-mail/Text: bnc@nordstrom.com Jan 18 2018 19:08:28      Nordstrom,    P.O. Box 79137,
                 Phoenix, AZ 85062-9137
4995116        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 19:10:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4994810         E-mail/Text: bankruptcynotices@psecu.com Jan 18 2018 19:08:58      PSECU,    P.O. Box 67010,
                 Harrisburg, PA 17106-7010
5011603         E-mail/Text: EBN@securityplusfcu.org Jan 18 2018 19:08:26      Securityplus Federal Credit Union,
                 7135 Windsor Blvd,    Baltimore, MD 21244
4994814        +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:15      SYNCB/PayPal Extrax MC,
                 P.O. Box 965005,    Orlando, FL 32896-5005
4994811         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:08      Sam's Club/Synchrony Bank,
                 P.O. Box 530942,    Atlanta, GA 30353-0942
4994815         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:15      Synchrony Bank/Amazon,
                 P.O. Box 960013,    Orlando, FL 32896-0013
4994816         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:22      Synchrony Bank/JCP,
                 P.O. Box 960090,    Orlando, FL 32896-0090
4994821         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:15      Walmart Mastercard/SYNCB,
                 P.O. Box 960024,    Orlando, FL 32896-0024
4994822         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:08      Walmart/Synchrony Bank,
                 P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 18
```

```
District/off: 0314-1           User: REshelman            Page 2 of 2            Date Rcvd: Jan 18, 2018
                               Form ID: ntcnfhrg          Total Noticed: 49
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4994783*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
4994788*       Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Thomas E. Miller    on behalf of Debtor 2 Christina Lee Rogers staff@tommillerlawoffice.com
              Thomas E. Miller    on behalf of Debtor 1 Corey  Rogers staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Corey Rogers<br>Christina Lee Rogers<br>aka Christina Renee Lee Rogers | Chapter 13<br>Case No. 1:17−bk−04821−RNO |
| Debtor(s) | |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **February 28, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: March 7, 2018<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 18, 2018 |

Case 1:17-bk-04821-RNO    Doc 21    Filed 01/20/18    Entered 01/21/18 00:44:40    Desc
Imaged Certificate of Notice    Page 3 of 3