```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 17-04821-RNO
Corey Rogers                                                              Chapter 13
Christina Lee Rogers
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 2              Date Rcvd: Jan 18, 2018
                              Form ID: pdf002              Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db/jdb         +Corey Rogers,    Christina Lee Rogers,    134 Barley Circle,    Hanover, PA 17331-8686
4994782       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 15019,    Wilmington, DE 19886-5019)
4994785         Best Buy Credit Services,    P.O. Box 78009,    Phoenix, AZ 85062-8009
4994792        +CBNA,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
4994786        +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
4994787         Capital One Bank (USA) N.A.,     P.O. Box 71083,    Charlotte, NC 28272-1083
4994789         Capital One, N.A.,    P.O. Box 71087,    Charlotte, NC 28272-1087
4994790         Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
4994791         Cardmember Services,    P.O. Box 1423,    Charlotte, NC 28201-1423
4994793         Chase,   Cardmember Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
4994794         Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
4994795         Comenity Bank - New York & Co,     P.O. Box 659728,    San Antonio, TX 78265-9728
4994796         Commenity Bank - Bon Ton,    P.O. Box 659813,    San Antonio, TX 78265-9113
4994797         Credit Card Payment Processing,     P.O. Box 62014,    Baltimore, MD 21264-2014
4994798         Discover,   P.O. Box 742655,    Cincinnati, OH 45274-2655
4994799         First Bankcard,    P.O. Box 2557,    Omaha, NE 68103-2557
5000086        +First National Bank of Omaha,     1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4994800         Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
5006191        +M&T BANK,    P.O. BOX 1508,    BUFFALO, NY 14240-1508
4994804         Macy's,   P.O. Box 9001094,    Louisville, KY 40290-1094
4994803        +Macy's,   P.O. Box 8218,    Mason, OH 45040-8218
4994809         PNC Mortgage,    P.O. Box 6534,    Carol Stream, IL 60197-6534
4994807         PayPal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
4994808         Plus Security FCU,    P.O. Box 75601,    Baltimore, MD 21275-5601
4994812         Sears Credit Cards,    P.O. Box 9001055,    Louisville, KY 40290-1055
4994813         Security Plus FCU,    P.O. Box 64595,    Baltimore, MD 21264-4595
5003202        +State Employees Credit Unon,    PO Box 2070,    Glen Burnie, MD 21060-2070
4994818         THD/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4994817         Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
4994819        +The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4994820         Visa,   P.O. Box 31279,    Tampa, FL 33631-3279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Jan 18 2018 19:08:35      M&T Bank,   1100 Wehrle Drive,
                Williamsville, NY  14221
4994781        +E-mail/Text: dcrum@adamscounty.us Jan 18 2018 19:09:04      Adams County Tax Claim Bureau,
                117 Baltimore Street,    Room 202,    Gettysburg, PA 17325-2313
4994784         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:07      Belk/Synchrony Bank,
                P.O. Box 530940,    Atlanta, GA 30353-0940
4999617         E-mail/Text: mrdiscen@discover.com Jan 18 2018 19:08:25      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4994801         E-mail/Text: bnckohlsnotices@becket-lee.com Jan 18 2018 19:08:27      Kohl's Payment Center,
                P.O. Box 2983,    Milwaukee, WI 53201-2983
4994802         E-mail/Text: camanagement@mtb.com Jan 18 2018 19:08:35      M&T Bank,   ATTN: Cbd Team,
                P.O. Box 900,    Millsboro, DE 19966-0900
5002568        +E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 18 2018 19:09:05      Navy Federal Credit Union,
                PO Box 3000,    Merrifield, VA 22119-3000
4994805         E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 18 2018 19:09:05      Navy Federal Credit Union,
                P.O. Box 3500,    Merrifield, VA 22119-3500
4994806         E-mail/Text: bnc@nordstrom.com Jan 18 2018 19:08:28      Nordstrom,   P.O. Box 79137,
                Phoenix, AZ 85062-9137
4995116        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 19:10:44
                PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4994810         E-mail/Text: bankruptcynotices@psecu.com Jan 18 2018 19:08:56      PSECU,   P.O. Box 67010,
                Harrisburg, PA 17106-7010
5011603         E-mail/Text: EBN@securityplusfcu.org Jan 18 2018 19:08:26      Securityplus Federal Credit Union,
                7135 Windsor Blvd,    Baltimore, MD 21244
4994814        +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:14      SYNCB/PayPal Extrax MC,
                P.O. Box 965005,    Orlando, FL 32896-5005
4994811         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:06      Sam's Club/Synchrony Bank,
                P.O. Box 530942,    Atlanta, GA 30353-0942
4994815         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:21      Synchrony Bank/Amazon,
                P.O. Box 960013,    Orlando, FL 32896-0013
4994816         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:14      Synchrony Bank/JCP,
                P.O. Box 960090,    Orlando, FL 32896-0090
4994821         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:14      Walmart Mastercard/SYNCB,
                P.O. Box 960024,    Orlando, FL 32896-0024
4994822         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 19:05:07      Walmart/Synchrony Bank,
                P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 18
```

```
District/off: 0314-1          User: REshelman              Page 2 of 2              Date Rcvd: Jan 18, 2018
                              Form ID: pdf002              Total Noticed: 49
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +PRA Receivables Management, LLC,    PO Box 41021,     Norfolk, VA 23541-1021
4994783*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
4994788*       Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Thomas E. Miller     on behalf of Debtor 2 Christina Lee Rogers staff@tommillerlawoffice.com
              Thomas E. Miller     on behalf of Debtor 1 Corey  Rogers staff@tommillerlawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
COREY ROGERS and : CHAPTER 13
CHRISTINA LEE ROGERS, : CASE NO. 1:17-bk-04821
       Husband and Wife, :
       Debtors : CHAPTER 13 PLAN
:
: (Indicate if applicable)
: ( ) # MOTIONS TO AVOID LIENS
: ( ) # MOTIONS TO VALUE COLLATERAL
:
: (X) ORIGINAL PLAN
: ( ) AMENDED PLAN

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**PLAN PROVISIONS**

**DISCHARGE:** **(Check one)**

(X) The debtor will seek a discharge of debts pursuant to Section 1328(a).

( ) The debtor is not eligible for a discharge of debts because the debtor has previously received a discharge described in Section 1328(f).

**NOTICE OF SPECIAL PROVISIONS:** **(Check if applicable)**

( ) This plan contains special provisions that are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. Those provisions are set out in the Section 8 of this Plan. Other than to insert text into the designated spaces or to expand the tables to include additional claims, the preprinted language of this form may not be altered. This does not mean the Debtor is prohibited from proposing additional or different plan provisions in Section 8. The Debtor may propose additional or different plan provisions or specify that any of the provisions will not be applicable, provided however, that each such provision or deletion shall be set forth herein in Section 8.

1

1. **PLAN FUNDING AND LENGTH OF PLAN**

    A. <u>Plan Payments</u>

    1. To date, Debtors have paid $0.00. Debtors shall pay to the Trustee for the term of the Plan (60 months) the following payments. If applicable, in addition to monthly plan payments, Debtors shall make conduit payments through the Trustee as set forth below. The total base plan is $55,334.40, plus other payments and property stated in Section 1B below:

    | Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Payment |
    |---|---|---|---|---|
    | 12/2017 | 11/2022 | $922.24 | $0.00 | $922.24 |
    | | | | | |
    | | | | | |
    | | | | | |
    | | | | | |
    | | | | Total Payments: | $55,334.40 |

    2. If the Plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and the attorney for the Debtor, in writing, to adjust the conduit payments and the Plan funding accordingly. Debtor(s) is responsible for all post-petition mortgage payments due prior to the initiation of conduit mortgage payments.

    3. Debtor(s) shall take appropriate action to ensure that all applicable wage attachments are adjusted to conform to the terms of the Plan.

    4. CHECK ONE: ( ) Debtor(s) is at or under median income.

        (X) Debtor(s) is over median income. Debtor(s) calculates that a minimum of $922.24 must be paid to unsecured, non-priority creditors in order to comply with the Means Test.

    B. <u>Liquidation of Assets</u>

    1. In addition to the above specified Plan payments, Debtor(s) shall dedicate to the Plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____ _____. All sales be completed by

2

_____, 20_____. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____.

2. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____.

3. The Debtor estimates that the liquidation value of this estate is $_____. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

**2. SECURED CLAIMS**

A. <u>Pre-Confirmation Distributions.</u> Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Address | Account No. | Estimated Monthly Payment |
|---|---|---|---|
| | | | $ |
| | | | $ |

The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

Upon receipt, Debtor shall mail to the Trustee all notices from mortgagees including statements, payment coupons, impound and escrow notices, and notices concerning changes of the interest rate on variable interest rate loans. If any such notice informs the Debtor that the amount of the payment has increased or decreased, the change in the Plan payment to the Trustee will not require modification of this Plan.

B. <u>Mortgages and Other Direct Payments by Debtor.</u> Payments will be made outside the Plan according to the original contract terms, with no modification of contract terms, unless otherwise agreed to by the contracting parties, and with liens retained. All mortgage and other lien claim balances survive the Plan if not avoided or paid in full under the Plan.

| Name of Creditor | Description of Collateral | Contractual Monthly Payment | Principal Balance of Claim |
|---|---|---|---|

3

Case 1:17-bk-04821-RNO    Doc 13    Filed 11/27/17    Entered 11/27/17 09:04:40    Desc
                    Main Document         Page 3 of 9
Case 1:17-bk-04821-RNO    Doc 22    Filed 01/20/18    Entered 01/21/18 00:44:40    Desc
              Imaged Certificate of Notice    Page 5 of 11

| | | | |
|---|---|---|---|
| PNC Mortgage | 134 Barley Circle Hanover, PA 17331 | $1,934.49 | $248,224.00 |
| M&T Bank | 134 Barley Circle Hanover, PA 17331 | $279.47 | $23,061.66 |
| Navy Federal Credit Union | 2016 Nissan Murano | $530.15 | $31,276.00 |
| Navy Federal Credit Union | 2017 Can-Am Spyder Motorcycle | $308.67 | $18,519.94 |

  C. <u>Arrears.</u> The Trustee shall distribute the amount of pre-petition arrearages set forth in the allowed proof of claim to each secured creditor set forth below. If the Debtor or the Trustee objects to a proof of claim and the objection is sustained, or if the Plan provides for payment of amounts greater than the allowed proof of claim, the creditor's claim will be paid in the amount allowed by the Court.

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |
| | | $ | $ | $ |

  D. <u>Secured Claims Paid According to Modified Terms.</u> These amounts will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. THE LIENS WILL BE AVOIDED OR LIMITED THROUGH THE PLAN OR DEBTOR(S) WILL FILE AN ADVERSARY ACTION TO DETERMINE THE EXTENT, VALIDITY, AND PRIORITY OF THE LIEN (Select method in last column):

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Total Payment | Plan* or Adversary Action |
|---|---|---|---|---|---|
| | | $ | % | $ | |
| | | $ | % | $ | |
| | | $ | % | $ | |

4

Case 1:17-bk-04821-RNO Doc 13 Filed 11/27/17 Entered 11/27/17 09:04:40 Desc
Main Document Page 4 of 9
Case 1:17-bk-04821-RNO Doc 22 Filed 01/20/18 Entered 01/21/18 00:44:40 Desc
Imaged Certificate of Notice Page 6 of 11

*"PLAN" INDICATES THAT THE DEBTOR(S) PROPOSES TO AVOID OR LIMIT THE LIEN OF THE CREDITOR IN THIS PLAN.  CONFIRMATION OF THE PLAN SHALL CONSTITUTE A FINDING OF VALUATION PURSUANT TO SECTION 506(a).  NO ADVERSARY COMPLAINT OR MOTION WILL BE FILED AND THE LIEN WILL BE AVOIDED BY A CONFIRMATION ORDER UPON DISCHARGE.  IF THE CREDITOR WISHES TO CONTEST THE AVOIDANCE OF THE LIEN, THE CREDITOR MUST FILE AN OBJECTION TO THIS PLAN.  OTHERWISE CONFIRMATION OF THE PLAN WILL AVOID THE LIEN UPON DISCHARGE.**

E. <u>Other Secured Claims.</u> (Including conduit payments)

| Name of Creditor | Description of Collateral | Principal balance of Claim | Interest Rate | Total to be paid in plan |
|---|---|---|---|---|
| | | $ | % | $ |
| | | $ | % | $ |
| | | $ | % | $ |

F. <u>Surrender of Collateral.</u>  Debtor(s) surrenders the following assets to secured creditors.  Upon confirmation of the Plan, Bankruptcy stays are lifted as to the collateral to be surrendered.  This provision does not prejudice a creditor's right to move to lift the stay prior to confirmation.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| | |
| | |
| | |

G. <u>Lien Avoidance.</u>  The Debtor(s) moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to Section 522(f) (this section should not be used for statutory or consensual liens such as mortgages):

| Name of Creditor | Description of Collateral |
|---|---|
| | |
| | |

**THE DEBTOR(S) PROPOSES TO AVOID THE JUDICIAL LIEN OF THE CREDITOR(S) IN THIS PLAN.  CONFIRMATION OF THE PLAN SHALL CONSTITUTE A FINDING OF VALUATION AND ALLOWANCE OF EXEMPTIONS**

5

Case 1:17-bk-04821-RNO    Doc 13    Filed 11/27/17    Entered 11/27/17 09:04:40    Desc
Main Document      Page 5 of 9
Case 1:17-bk-04821-RNO    Doc 22    Filed 01/20/18    Entered 01/21/18 00:44:40    Desc
Imaged Certificate of Notice    Page 7 of 11

**PURSUANT TO § 522(f). NO ADVERSARY COMPLAINT OR MOTION WILL BE FILED AND THE JUDICIAL LIEN WILL BE AVOIDED BY A CONFIRMATION ORDER UPON DISCHARGE. IF THE CREDITOR(S) WISHES TO CONTEST THE AVOIDANCE OF THE LIEN, THE CREDITOR(S) MUST FILE A TIMELY OBJECTION TO THIS PLAN. OTHERWISE, CONFIRMATION OF THE PLAN WILL AVOID THE LIEN UPON DISCHARGE.**

  H. <u>Optional provisions regarding duties of certain mortgage holders and servicers.</u> Property of the estate vests upon closing of the case, and Debtor(s) elects to include the following provisions. (Check if applicable)

    (  ) Confirmation of the plan shall impose an affirmative duty on the holders and/or servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtor to do the following:

    (1) Apply the payments received from the Trustee on the pre-petition arrearage, if any, only to such arrearage. If the Plan provides for an allowed payment of post-petition arrearages as set forth in Section 2C, apply those payments to only the post-petition arrearages.

    (2) Deem the pre-petition arrearage as contractually current upon confirmation of the Plan for the sole purpose of precluding the imposition of late payment charges or other default-related fees and services based solely on the pre-petition default or defaults.

    (3) Apply the post-petition monthly mortgage payments made by the Debtor to the post-petition mortgage obligations as provided for by the terms of the underlying mortgage note. Late charges may be assessed on post-petition payments as provided by the terms of the mortgage and note.

**3. PRIORITY CLAIMS**

  A. Allowed unsecured claims entitled to priority under section 1322 (a) will be paid in full unless modified under paragraph 8:

| Name of Creditor | Estimated Total Payment |
|---|---|
| Adams County Tax Claim Bureau | $863.00 |
|  | $ |
|  | $ |

  B. <u>Administrative Claims</u>:

    (1) Trustee fees. Percentage fees payable to the trustee will be paid at the

6

Case 1:17-bk-04821-RNO Doc 13 Filed 11/27/17 Entered 11/27/17 09:04:40 Desc
Main Document Page 6 of 9
Case 1:17-bk-04821-RNO Doc 22 Filed 01/20/18 Entered 01/21/18 00:44:40 Desc
Imaged Certificate of Notice Page 8 of 11

rate fixed by the United States Trustee, not to exceed 10%.

    (2)     Attorney fees. Check only one box:

        ( )    In addition to the retainer of $1,290.00 already paid by the Debtor, the amount of $2,710.00 in the Plan shall be payable to Thomas E. Miller, Esquire, 249 York Street, Hanover, PA 17331 out of the Plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2 (c); or

        ( )    $_____ per hour, to be adjusted in accordance with the terms of the written fee agreement between Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the requested amount of compensation approved by the Court pursuant to L.B.R. 2016-2(b).

    (3)     Other administrative claims.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  | $ |
|  | $ |
|  | $ |

**4.**    **UNSECURED CLAIMS**

    A.    <u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u> Includes unsecured claims, such as co-signed unsecured debts, that will be paid in full even though all other unsecured claims may not be paid in full.

| Name of Creditor | Reason for Special Classification | Amount of Claim | Interest Rate | Total Payment |
|---|---|---|---|---|
|  |  | $ | % | $ |
|  |  | $ | % | $ |

    B.    All remaining allowed unsecured claims shall receive a pro-rata distribution of any funds remaining after payment of the other classes.

**5.**    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** The following executory contracts and unexpired leases are assumed (and pre-petition arrears to be cured in the plan) or rejected (so indicate):

7

Case 1:17-bk-04821-RNO   Doc 13   Filed 11/27/17   Entered 11/27/17 09:04:40   Desc
Main Document    Page 7 of 9
Case 1:17-bk-04821-RNO   Doc 22   Filed 01/20/18   Entered 01/21/18 00:44:40   Desc
Imaged Certificate of Notice    Page 9 of 11

| Name of Creditor | Description of Collateral | Monthly Payment | Interest Rate | Pre-petition Arrears | Total Payment | Assume/ Reject |
|---|---|---|---|---|---|---|
|  |  | $ | % | $ | $ |  |
|  |  | $ | % | $ | $ |  |

6.  **REVESTING OF PROPERTY: (Check One)**

    ( X )   Property of the estate will vest in the Debtor upon confirmation. (Not to be used with Section 2H)

    (   )   Property of the estate will vest in Debtor upon closing of the case.

7.  **STUDENT LOAN PROVISIONS**

    A.   <u>Student loan provisions.</u>  This Plan does not see to discharge student loan(s) except as follows:

    **(NOTE: If you are not seeking to discharge a student loan(s), do not complete this section.)**

| Name of Creditor | Monthly Payment | Interest Rate | Pre-petition Arrears | Total Payment |
|---|---|---|---|---|
|  | $ | % | $ | $ |
|  | $ | % | $ | $ |

8.  **OTHER PLAN PROVISIONS**

    A.   Include the additional provisions below or on an attachment.  (**NOTE: The Plan and any attachment must be filed as one document, not as a Plan and exhibit.**)

9.  **ORDER OF DISTRIBUTION:**

Payments from the plan will be made by the trustee in the following order:

Level 1:
Level 2:
Level 3:
Level 4:
Level 5:
Level 6:
Level 7:
Level 8:

8

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:	Adequate protection payments.
Level 2:	Debtor's attorney's fees.
Level 3:	Domestic Support Obligations.
Level 4:	Priority claims, pro rata.
Level 5:	Secured claims, pro rata.
Level 6:	Specially classified unsecured claims.
Level 7:	General unsecured claims.
Level 8:	Untimely filed unsecured claims to which the Debtor has not objected.

**GENERAL PRINCIPLES APPLICABLE TO ALL PLANS**

All pre-petition arrears and cramdowns shall be paid to the Trustee and disbursed to creditors through the plan.

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor. Claims filed after the bar date that are not properly served on the Trustee will not be paid. The Debtor is responsible for reviewing claims and filing objections, if appropriate.

**LAW OFFICE OF
THOMAS E. MILLER, ESQUIRE LLC**

Dated: November 27, 2017        s/ Thomas E. Miller
                                Thomas E. Miller, Esquire
                                Attorney for Debtors

Dated: November 27, 2017        s/ Corey Rogers
                                Debtor

Dated: November 27, 2017        s/ Christina Lee Rogers
                                Joint Debtor

9

Case 1:17-bk-04821-RNO    Doc 13    Filed 11/27/17    Entered 11/27/17 09:04:40    Desc
Main Document       Page 9 of 9
Case 1:17-bk-04821-RNO    Doc 22    Filed 01/20/18    Entered 01/21/18 00:44:40    Desc
Imaged Certificate of Notice    Page 11 of 11