# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Corey Rogers
    Christina Lee Rogers

Case No.: 1-17-04821HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PNC Bank |
| Court Claim Number: | 23 |
| Last Four of Loan Number: | 6399 |
| Property Address if applicable: | 134 Barley Circle Hanover |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $238.33 |
| b. | Prepetition arrearages paid by the trustee: | $238.33 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $238.33 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: December 19, 2022                    Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-04821    **COREY ROGERS**

**PNC BANK**  
ATTN: BANKRUPTCY DEPT  
3232 NEWMARK DRIVE  
MIAMISBURG, OH  45342-

Sequence: 24  
Modify:  
Filed Date:  
Hold Code:

**Acct No:** 134 Barley Circle - PRE-ARRE

ARREARS - 134 BARLEY CIRCLE

|            |              | Debt:  | $238.33 | Interest Paid: | $0.00 |
|------------|--------------|--------|---------|----------------|-------|
| Amt Sched: | $248,224.00  |        |         | Accrued Int:   | $0.00 |
| Amt Due:   | $0.00        | Paid:  | $238.33 | Balance Due:   | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| **5200** | **PNC BANK** | | | | | | | |
| 520-0 | PNC BANK | | 07/12/2018 | 1188929 | $238.33 | $0.00 | $238.33 | 07/18/2018 |
| | | | | | | DisbDescrp: Payment for 4/2018 | | |
| | | | | Sub-totals: | $238.33 | $0.00 | $238.33 | |
| | | | | Grand Total: | $238.33 | $0.00 | | |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Corey Rogers
Christina Lee Rogers
       Debtor(s)

CHAPTER 13

CASE NO: 1-17-04821HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 19, 2022, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Thomas E. Miller, Esq
29 York St
Hanover PA 17331

**Served by First Class Mail**
PNC NA
Att: Bankruptcy
3232 Newmark Dr
Miamisburg OH 45342

Corey Rogers
Christina Lee Rogers
134 Barley Circle
Hanover PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2022

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com