IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Corey Rogers and Christina Lee Rogers a/k/a Christina Renee Lee Rogers<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>1:17-bk-04821-HWV |
| Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC<br>　　　Movant.<br>v.<br><br>Corey Rogers and Christina Lee Rogers a/k/a Christina Renee Lee Rogers<br>　　　Debtors/Respondents,<br><br>Jack N. Zaharopoulos, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Reverse Mortgage Funding LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 30, 2022　　　　　　　　　　BY:*/s/ Lorraine Gazzara Doyle*
　　　　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo 78447
　　　　　　　　　　　　　　　　　　　　　　　Lorraine Gazzara Doyle 34576

LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 22-068346

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Corey Rogers and Christina Lee Rogers a/k/a Christina Renee Lee Rogers<br>  Debtors,<br><br>Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC<br>  Movant.<br>v.<br><br>Corey Rogers and Christina Lee Rogers a/k/a Christina Renee Lee Rogers<br>  Debtors/Respondents,<br><br>Jack N. Zaharopoulos, Trustee<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:17-bk-04821-HWV<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

  I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this   3rd   day of  January , 2023:

Corey Rogers
134 Barley Circle
Hanover, PA 17331

Christina Lee Rogers a/k/a Christina Renee Lee Rogers
134 Barley Circle
Hanover, PA 17331

Thomas E. Miller, Law Offices of Thomas E. Miller, Esquire
249 York Street
Hanover, PA 17331
staff@tommillerlawoffice.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com