United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-04821-HWV
Corey Rogers  Chapter 13
Christina Lee Rogers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Jan 12, 2023     Form ID: 3180W     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Corey Rogers, Christina Lee Rogers, 134 Barley Circle, Hanover, PA 17331-8686 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| cr | | Reverse Mortgage Funding LLC, ATTN: Bankruptcy Department, 3900 Capita, Lansing, MI 48906 |
| 4994797 | | Credit Card Payment Processing, P.O. Box 62014, Baltimore, MD 21264-2014 |
| 4994798 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 4994809 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 4994808 | | Plus Security FCU, P.O. Box 75601, Baltimore, MD 21275-5601 |
| 4994813 | | Security Plus FCU, P.O. Box 64595, Baltimore, MD 21264-4595 |
| 5003202 | + | State Employees Credit Unon, PO Box 2070, Glen Burnie, MD 21060-2070 |
| 4994820 | | Visa, P.O. Box 31279, Tampa, FL 33631-3279 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Jan 12 2023 18:37:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 4994781 | + | Email/Text: dcrum@adamscounty.us | Jan 12 2023 18:37:57 | Adams County Tax Claim Bureau, 117 Baltimore Street, Room 202, Gettysburg, PA 17325-2313 |
| 4994782 | | EDI: BANKAMER.COM | Jan 12 2023 23:44:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 4994783 | + | EDI: BANKAMER.COM | Jan 12 2023 23:44:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 4994784 | | EDI: RMSC.COM | Jan 12 2023 23:44:00 | Belk/Synchrony Bank, P.O. Box 530940, Atlanta, GA 30353-0940 |
| 4994785 | | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 4994792 | + | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4994786 | + | EDI: CAPITALONE.COM | Jan 12 2023 23:44:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 4994787 | | EDI: CAPITALONE.COM | Jan 12 2023 23:44:00 | Capital One Bank (USA) N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 4994789 | | EDI: CAPITALONE.COM | Jan 12 2023 23:44:00 | Capital One, N.A., P.O. Box 71087, Charlotte, NC 28272-1087 |
| 4994790 | | EDI: TSYS2 | Jan 12 2023 23:44:00 | Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 4994794 | | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4994795 | | EDI: WFNNB.COM | Jan 12 2023 23:44:00 | Comenity Bank - New York & Co, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 4994796 | | EDI: WFNNB.COM | Jan 12 2023 23:44:00 | Commenity Bank - Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 4994803 | + | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 4994804 | + | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | Macy's, P.O. Box 9001094, Louisville, KY 40290-1094 |
| 5022875 | | EDI: Q3G.COM | Jan 12 2023 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4999617 | | EDI: DISCOVER.COM | Jan 12 2023 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4994799 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 12 2023 18:37:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 5000086 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 12 2023 18:37:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 4994800 | | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 4994791 | | EDI: JPMORGANCHASE | Jan 12 2023 23:44:00 | Cardmember Services, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 4994793 | | EDI: JPMORGANCHASE | Jan 12 2023 23:44:00 | Chase, Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 4994801 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2023 18:37:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 4994802 | | Email/Text: camanagement@mtb.com | Jan 12 2023 18:37:00 | M&T Bank, ATTN: Cbd Team, P.O. Box 900, Millsboro, DE 19966-0900 |
| 5006191 | + | Email/Text: camanagement@mtb.com | Jan 12 2023 18:37:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 5029447 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2023 18:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5002568 | + | EDI: NFCU.COM | Jan 12 2023 23:44:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 4994805 | | EDI: NFCU.COM | Jan 12 2023 23:44:00 | Navy Federal Credit Union, P.O. Box 3500, Merrifield, VA 22119-3500 |
| 4994806 | | Email/Text: bnc@nordstrom.com | Jan 12 2023 18:37:03 | Nordstrom, P.O. Box 79137, Phoenix, AZ 85062-9137 |
| 5039995 | + | EDI: JEFFERSONCAP.COM | Jan 12 2023 23:44:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5034254 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2023 18:37:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5022388 | | EDI: PRA.COM | Jan 12 2023 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4995116 | + | EDI: RECOVERYCORP.COM | Jan 12 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4994810 | | Email/Text: bankruptcynotices@psecu.com | Jan 12 2023 18:37:00 | PSECU, P.O. Box 67010, Harrisburg, PA 17106-7010 |
| 4994807 | | EDI: RMSC.COM | Jan 12 2023 23:44:00 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 5042800 | | EDI: Q3G.COM | Jan 12 2023 23:44:00 | Quantum3 Group LLC as agent for, MOMA |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5011603 | | Email/Text: EBN@securityplusfcu.org | Jan 12 2023 18:37:00 | Securityplus Federal Credit Union, 7135 Windsor Blvd, Baltimore, MD 21244 |
| 4994814 | + | EDI: RMSC.COM | Jan 12 2023 23:44:00 | SYNCB/PayPal Extrax MC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 4994811 | | EDI: RMSC.COM | Jan 12 2023 23:44:00 | Sam's Club/Synchrony Bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 4994812 | | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 4994815 | | EDI: RMSC.COM | Jan 12 2023 23:44:00 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 4994816 | | EDI: RMSC.COM | Jan 12 2023 23:44:00 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 5043756 | + | Email/Text: bncmail@w-legal.com | Jan 12 2023 18:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4994818 | | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | THD/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4994817 | | EDI: WTRRNBANK.COM | Jan 12 2023 23:44:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 4994819 | + | EDI: CITICORP.COM | Jan 12 2023 23:44:00 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4994821 | | EDI: RMSC.COM | Jan 12 2023 23:44:00 | Walmart Mastercard/SYNCB, P.O. Box 960024, Orlando, FL 32896-0024 |
| 4994822 | | EDI: RMSC.COM | Jan 12 2023 23:44:00 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4994788 | * | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Reverse Mortgage Funding LLC ldoyle@logs.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| Thomas E. Miller | on behalf of Debtor 2 Christina Lee Rogers staff@tommillerlawoffice.com |
| Thomas E. Miller | on behalf of Debtor 1 Corey Rogers staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Corey Rogers<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6406<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Christina Lee Rogers<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2289<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–04821–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Corey Rogers

Christina Lee Rogers
aka Christina Renee Lee Rogers

1/12/23

**By the court:**

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**