United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-04821-HWV
Corey Rogers  Chapter 13
Christina Lee Rogers
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Feb 21, 2023  Form ID: pdf010  Total Noticed: 0

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Carolyn E. Lee, 116 Hillvale Road, Baltimore, MD 21229-2831 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 23, 2023  Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Reverse Mortgage Funding LLC ldoyle@logs.com  Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |

| | |
|---|---|
| Thomas E. Miller | on behalf of Debtor 2 Christina Lee Rogers staff@tommillerlawoffice.com |
| Thomas E. Miller | on behalf of Debtor 1 Corey Rogers staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>COREY ROGERS<br>and<br>CHRISTINA LEE ROGERS<br>*a/k/a Christina Renee Lee Rogers*<br>    Debtors,<br><br>COMPU-LINK CORPORATION D/B/A<br>CELINK AS SERVICER FOR REVERSE<br>MORTGAGE FUNDING LLC<br>    Movant.<br>v.<br><br>COREY ROGERS<br>and<br>CHRISTINA LEE ROGERS<br>*a/k/a Christina Renee Lee Rogers*<br>    Debtors/Respondents,<br><br>THE ESTATE OF CAROLYN E. LEE<br>    (Non-filing Co-Debtor),<br><br>JACK N. ZAHAROPOULOS, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>1:17-bk-04821-HWV<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## **O R D E R**

Upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 116 Hillvale Road, Baltimore, MD 21229; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

By the Court,

*Henry W. Van Eck* (signature)
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 21, 2023